# UNITED STATES NAVY-MARINE CORPS
# COURT OF CRIMINAL APPEALS
# WASHINGTON, D.C.

**Before**
**F.D. MITCHELL, J.A. FISCHER, P.D. LOCHNER**
**Appellate Military Judges**

**UNITED STATES OF AMERICA**

**v.**

**PHILLIP H. THAI**
**LANCE CORPORAL (E-3), U.S. MARINE CORPS**

**NMCCA 201400084**
**SPECIAL COURT-MARTIAL**

**Sentence Adjudged**: 1 November 2013.
**Military Judge**: Col D.M. McConnell, USMC.
**Convening Authority**: Commanding Officer, Combat Logistics Regiment 27, 2d Marine Logistics Group, Camp Lejeune, NC.
**Staff Judge Advocate's Recommendation**: Maj B.T Ackison, USMC.
**For Appellant**: CAPT Stephen White, JAGC, USN.
**For Appellee**: Mr. Brian K. Keller, Esq.

**26 June 2014**

---------------------------------------------------------
## OPINION OF THE COURT
---------------------------------------------------------

After careful consideration of the record, submitted without assignment of error, we affirm the findings and sentence as approved by the convening authority.  Art. 66(c), Uniform Code of Military Justice, 10 U.S.C. § 866(c).

For the Court

R.H. TROIDL
Clerk of Court